UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KURT JONES, ) | |
|     Plaintiffs, ) | |
| v. ) | Case No. 22-cv-1333 |
| ) | |
| DETECTIVE JUAN GONZALEZ, ) | |
| Individually, FAYE JENKINS, and the ) | |
| CITY OF CHICAGO, a municipal ) | |
| Corporation, ) | |
|     Defendants, ) | |

## AFFIDAVIT OF PROCESS SERVER

Legal documents received by Viper Detective Agency, Ltd., 117-001164 to be served upon **Faye Jenkins, 1170 W. Erie St, #1409, Chicago, IL 60642.**

I, Heidi Gaucher, IL Lic. No. 117-001164, swear and affirm that on **6/12/22 at 9:24 a.m.**, I did the following:

**SUBSTITUTE SERVICE** to **Faye Jenkins** the person listed as the intended recipient of the legal document with a conformed copy of this **SUMMONS AND COMPLAINT.**

**This is a secure building. Rang the buzzer for Faye Jenkins and a female answered and when asked for Faye Jenkins she asked what in regard to, I stated I have a summons and complaint for her, and the female stated that Faye is not home and disconnected. The security guard for building let me in and stated it was likely the Defendant I was speaking to since she believes she lives by herself. When I approached the apt 1409 the door was cracked opened. I knocked on the door and heard someone near the door, then the door closed and was locked. I called for Faye and stated that I will be leaving the documents under the door. I slipped the papers halfway under the door and then saw said papers being taken in. I have also mailed a copy per statute just in case it was a roommate accepting service on her behalf.**

**Supplemental Information: A copy of the court documents were also mailed to defendant at the above address on today's date with proper postage prepaid.**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am licensed to serve process or appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the State of Illinois.

_Heidi Gaucher_
Heidi Gaucher
Licensed Private Detective/Process Server
IL Agency License No. 117-001164

Viper Detective Agency, Ltd.
134. W. Schick Road, Suite 100-9
Bloomingdale, IL 60108
630-307-7482/630-529-6679 Fax
www.viperdetectiveagency.com

Subscribed and sworn to before me
this 12 day of June 2022

_____
Notary Public SALLY ENGSTROM

OFFICIAL SEAL
SALLY ENGSTROM
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 12/27/22

Case No. 22-cv-1333
Your File No. 15157

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 6/12/22 |
| NAME OF SERVER *(PRINT)* Heidi Gaucher | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Believed to be Faye Jenkins and/or Unknown Occupant

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/12/22
                    Date

*Signature of Server*

134 W. Lake St., Ste. 100, Bloomingdale, IL 60108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.