**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Kurt Jones
                Plaintiff,

v.                                        Case No.: 1:22–cv–01333
                                                       Honorable Steven C. Seeger

Juan Gonzalez, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 3, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's second motion for an extension of time (Dckt. No. [64]) is hereby granted. The response is due by December 23, 2022, and the reply is due by January 18, 2023. Plaintiff's motion for leave to file instanter (Dckt. No. [66]) is hereby denied as moot. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.